IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLENN L. MARTIKEAN ) | |
| ID # 06601-027, ) | |
| Plaintiff, ) | |
| vs. ) | No.  3:11-CV-1774-M-BH |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| Defendants. ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The Court's Order, entered May 4, 2012, is **VACATED**.

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff's *Motion for Request for Order Enjoining the Bureau of Prisons from Transferring Plaintiff During the Pending of this Action*, received April 26, 2012 (doc. 24), is **DENIED**.

**SO ORDERED** this 31st day of May, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS