IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLENN L. MARTIKEAN<br>ID # 06601-027,<br>　　　Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br>　　　Defendants. | )<br>)<br>)<br>)   No.  3:11-CV-1774-M-BH<br>)<br>)<br>) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court's Order, entered May 4, 2012, is **VACATED**.

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff's *Motion for Request for Order Enjoining the Bureau of Prisons from Transferring Plaintiff During the Pending of this Action*, received April 26, 2012 (doc. 24), is **DENIED**.

　　**SO ORDERED this 31st day of May, 2012.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BARBARA M. G. LYNN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF TEXAS