IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLENN L. MARTIKEAN, | ) | |
| ID # 06601-027 | ) | |
| Plaintiff, | ) | No. 3:11-CV-1774-M-BH |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et. al, | ) | Referred to U.S. Magistrate Judge |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Strike Plaintiff's Expert Witness*, filed February 27, 2014 (doc. 91) is **GRANTED**.

**SIGNED** this 16th day of September, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
**NORTHERN DISTRICT OF TEXAS**